UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KATHLEEN MULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:16-cv-01582-HEA |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| KIA MOTORS FINANCE, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Kathleen Mullen, and Defendant, KIA Motors Finance ("KMF"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 29th day of October 2018,

**PRICE LAW GROUP, APC**

By: /s/ David A. Chami
David A. Chami, AZ #027585
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
E: david@pricelawgroup.com

*Attorneys for Plaintiff*
*Kathleen Mullen*

## **CERTIFICATE OF SERVICE**

    I hereby certify I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                           PRICE LAW GROUP, APC

                                           By: /s/ Florence Lirato
                                           Florence Lirato