UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| KATHLEEN MULLEN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:16-cv-01582-HEA |
| v. | ) | |
| | ) | |
| KIA MOTORS FINANCE, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kathleen Mullen and Defendant KIA Motors Finance ("KMF"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to KMF. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 8th day of January 2019.

| PRICE LAW GROUP, APC<br><br>By: */s/ David A. Chami*<br>David A. Chami, AZ #027585<br>david@pricelawgroup.com<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (818) 600-5515<br><br>*Attorneys for Plaintiff Kathleen Mullen* | MOSS & BARNETT<br><br>By: */s/Terese A. West*<br>Terese A. West<br>West@lawmoss.com<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Direct: (612) 877-5407<br><br>*Attorneys for Defendant KIA Motors Finance* |
|---|---|
| PRICE LAW GROUP, APC<br>Mark D. Molner, MO #62189<br>mark@pricelawgroup.com<br>300 E. 39th Street<br>Kansas City, MO 64111<br>T: (816) 200-2572<br><br>*Attorneys for Plaintiff Kathleen Mullen* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Florence Lirato*
